UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
ESTHER SALAS
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

April 6, 2017

# LETTER ORDER

Re: *Kaye v. Reeves, et al.*
   Civil Action No. 15-6332 (ES) (MAH)

Dear Counsel:

Pending before this Court is Plaintiff's motion to remand this matter to New Jersey Superior Court in Essex County. (D.E. No. 34). On October 3, 2016, Defendants opposed Plaintiff's motion and, in the same brief, moved to dismiss Plaintiff's Complaint. (D.E. No. 35). On December 12, 2016, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's motion. (D.E. No. 36). Magistrate Judge Hammer advised the parties that they had until December 27, 2016 to file and serve any objections to the R&R pursuant to L. Civ. R. 72.1(c)(2). To date, parties have not filed any objections.

The Court has considered the parties' submissions, as well as Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 5th day of April 2017,

**ORDERED** that this Court adopts Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that Defendants' motion to dismiss Plaintiff's Complaint is DENIED *without prejudice* with leave to refile; and it is further

**ORDERED** that the Clerk of Court shall terminate docket entries 34 and 36.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J**